# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kedria Watson

           Petitioner

v.

William Reubart, et al.,

           Respondents

Case No. 2:23-cv-01505-JAD-DJA

**Order Extending Time to Pay Filing Fee**

In this habeas case under 28 U.S.C. § 2254, I entered an order requiring Petitioner Kedria Watson to have the $5.00 filing fee sent to the court by October 30, 2023.[1] On October 12, 2023, the court received a letter from Watson, claiming that she had sent a check for the fee on September 20, 2023.[2] With the letter, she included a pink slip that she refers to as a receipt for that transaction.

I note that the pink slip is not a receipt from this court and, instead, appears to be a carbon copy of an "Inmate Account Transaction Request" authorizing the Nevada Department of Corrections" to charge Watson's account in the amount of $5.00. I also note that the "NDOC," not this court, is identified as the payee. Watson is still required to pay the filing fee, but due to her apparent misapprehension, I give her more time to do so.

IT IS THEREFORE ORDERED that Watson has until **November 15, 2023, to comply with my prior order (ECF No. 3).**

Dated: October 13, 2023

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.
[2] ECF No. 4.